ACCEPTED
05-15-00016-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 7:04:11 PM
LISA MATZ
CLERK

**NO. 05-15-00016-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/18/2015 7:04:11 PM
LISA MATZ
Clerk

**IN THE COURT OF APPEALS FOR THE FIFTH JUDICIAL**

**DISTRICT AT DALLAS, TEXAS**

_____

JAMES DAVID HORTON,

ROBBIE LESA HORTON,

Appellants

Vs.

SUSAN MCMILLION MARTIN,

SHANNON PRITCHARD,

BROOKE DAVES,

KIMBERLY STOVALL

Appellees

_____

On Appeal from the 44th District Court

Dallas County, Texas

Trial Court Cause No. DC-14-11551

Honorable Carlos Cortez, Presiding

_____

MOTION FOR LEAVE TO USE POWER POINT IN ORAL ARGUMENTS

COMES NOW Appellants and  request that the Court of Appeals grant permission to use a power point presentation in the oral arguments scheduled in this case.  This case has oral arguments scheduled for May 27, 2015 at 10:00.

## IDENTITY OF PARTIES & COUNSEL

The following is a complete list of the parties, the attorneys, and any other person who has an interest in the outcome of this lawsuit:

**JAMES DAVID HORTON** *Appellants/Plaintiff*

Lawrence L. Mealer
*Counsel for Appellants/Plaintiff*
SBN 13886600
5353 Maple Avenue, Suite 100
Dallas, TX 75235
TEL: (214) 634-0771
FAX: (214) 634-0465
Email: llmealer@sbcglobal.net

**ROBBIE LESA HORTON** *Appellants/Plaintiff*

Robbie Lesa Horton
8913 Somerville Way Pro Se
Plano, Texas 75025
TEL: (469) 740-9603
FAX: (214) 396-1178
Email:lesaelmadronal@gmail.com

Tom Clark
Dealey, Zimmermann, Clark,
Malouf & Blend, P.C.
3131 Turtle Creek Blvd., Ste. 1201
Dallas, Texas 75219
(214) 559-4400
Fax (214) 559-4466
tclark@texlex.com
mz@texlex.com

And

Todd S. Spickard
Law P.C.
3131 Turtle Creek, Suite 300
Dallas, Texas 75219
(214) 460-2337
(214)276-7553 fax
todd@spickardlaw.com
*Counsel for Defendant*
*Kimberly Stovall*


Campbell & Chadwick, P.C.
Bruce Campbell (Lead Counsel)
Lindsay McNutt
4201 Spring Valley Road
Suite 1250
Dallas, Texas 75244
Phone (972) 277-8585
Fax (972) 277-8586
bcampbell@cllegal.com
lmcnutt@cllegal.com
*Attorney for Susan Martin*

Caleb Moore
Law Firm of Caleb Moore, PLLC
2205 Martin Drive, Suite 200
Bedford, Texas 76021
(817) 953-2420
Fax (817) 581-2540
cmoore@thedfwlawfirm.com
*Counsel for Defendant*
*Shannon Pritchard*

William D. Cobb, Jr.
Cobb Martinez Woodward PLLC

1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
(214) 220-5201
 Fax (214) 220-5251
wcobb@cobbmartinez.com
***Counsel for Defendant***
***Brooke Daves***


Respectfully submitted,

*Lawrence Mealer*


_____

Lawrence L. Mealer
*SBN 13886600*
5353 Maple Avenue, Suite 100
Dallas, TX 75235
TEL: (214) 634-0771
FAX: (214) 634-0465

Email: llmealer@sbcglobal.net

ATTORNEY FOR:

JAMES DAVID HORTON


*Lesa Horton*


_____

Robbie Lesa Horton
5353 Maple Avenue, Suite 100
Dallas, TX 75235
TEL: (469)740-9603
Email: lesaelmadronal@gmail.com
Pro Se

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion has been sent by e-mail to the following counsel of record, pursuant to the Texas Rules of Appellate Procedure, on this 18th day of May 2015.

*Lesa Horton*

_____

Lesa Horton

Tom Clark
Dealey, Zimmermann, Clark,
Malouf & Blend, P.C.
3131 Turtle Creek Blvd., Ste. 1201
Dallas, Texas 75219
(214) 559-4400
Fax (214) 559-4466
tclark@texlex.com
mz@texlex.com

And

Todd S. Spickard
Law P.C.
3131 Turtle Creek, Suite 300
Dallas, Texas 75219
(214) 460-2337
FAX(214)276-7553
todd@spickardlaw.com
*Counsel for Defendant*
*Kimberly Stovall*


Campbell & Chadwick, P.C.

Bruce Campbell (Lead Counsel)
Lindsay McNutt
4201 Spring Valley Road
Suite 1250
Dallas, Texas 75244
Phone (972) 277-8585
Fax (972) 277-8586
bcampbell@cllegal.com
lmcnutt@cllegal.com
***Attorney for Susan Martin***

Caleb Moore
Law Firm of Caleb Moore, PLLC
2205 Martin Drive, Suite 200
Bedford, Texas 76021
(817) 953-2420
Fax (817) 581-2540
cmoore@thedfwlawfirm.com
***Counsel for Defendant***
***Shannon Pritchard***

William D. Cobb, Jr.
Cobb Martinez Woodward PLLC
1700 Pacific Ave., Suite 3100
Dallas, Texas 75201
(214) 220-5201
 Fax (214) 220-5251
wcobb@cobbmartinez.com
***Counsel for Defendant***
***Brooke Daves***